HON. ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WASTE ACTION PROJECT, a non-profit corporation, | No. C07-380RSL |
| Plaintiff, | CONSENT DECREE |
| v. | |
| SARA LEE FRESH, |  |
| Defendant. | 06-CV-00830-CNST |

WHEREAS, Plaintiff Waste Action Project filed a Complaint against Defendant Sara Lee Fresh on March 13, 2007, alleging violations of the Clean Water Act, 33 U.S.C. § 1251 et seq., relating to discharges of stormwater from Defendant's facility located in Kent, Washington, seeking declaratory and injunctive relief, civil penalties and attorneys fees and costs;

WHEREAS, Defendant denies Plaintiff's claims and any liability for the alleged violations; and

WHEREAS, counsel for the parties to this action have engaged in discussions relating to the potential settlement of this litigation, which discussions have included an assessment of the

CONSENT DECREE - 1
No. C07-0380RSL

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

facts surrounding the alleged violations; and

WHEREAS, Defendant has undertaken, and is implementing, measures to further ensure compliance with the Clean Water Act at its facility and to address issues raised in the notices of intent to sue served by Plaintiff, and Defendant has obtained a Conditional No Exposure Certificate for its facility; and

WHEREAS, Plaintiff and Defendant agree that settlement of these matters is in the best interest of the parties and the public, and that entry of this Consent Decree without additional litigation is the most appropriate means of resolving these actions; and

WHEREAS, Plaintiff and Defendant, by their authorized counsel and without trial or final adjudication of the issues of fact or law, with respect to Plaintiff's claims or allegations, consent to the entry of this Consent Decree in order to avoid the risks of litigation and to resolve the controversy between them.

NOW THEREFORE, without trial of any issue of fact or law, and without admission by the Defendant of the facts or violations alleged in the Complaint, and upon consent of the parties, and upon consideration of the mutual promises herein contained, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the parties and subject matter of this action;

2. The undersigned representative for each party certifies that he is fully authorized by the party or parties whom he represents to enter into the terms and conditions of this Consent Decree and to legally bind the party or parties and their successors in interest to it.

3. This Consent Decree shall apply to, and be binding upon, the parties, and upon the successors and assigns of the parties.

4. This Consent Decree shall apply to Defendant's operation and/or oversight of its

CONSENT DECREE - 2
No. C07-0380RSL

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

facility located at or about 20230 70th Avenue South, Kent, Washington (the "facility").

5. This Consent Decree constitutes a full and complete settlement of the claims alleged in the Complaint in this case and all other claims known and unknown existing as of the date of entry of this Consent Decree, related to stormwater discharges that could be asserted under the Clean Water Act, 33 U.S.C. §§ 1251-1387, arising from operations of the facility identified in paragraph 4 of this Consent Decree.

6. This Consent Decree shall not constitute evidence in any proceeding, an admission or adjudication with respect to any allegation of the Complaint, any fact or conclusion of law with respect to any matter alleged in or arising out of the Complaint, or the admissions or evidence of any wrongdoing or misconduct on the part of the Defendant or its successor.

7. In full and complete satisfaction of the claims covered by the Complaint filed in this case and all other claims covered by this Consent Decree, as described in Paragraph 5, Defendant agrees to abide by and be subject to the following terms and conditions:

    a. Defendant agrees to fully comply with the terms of the State of Washington Industrial Stormwater General Permit, and any successor, modified, or replacement permit (collectively, the "NPDES permit"), regarding the terms and reauthorization of the facility's Conditional No Exposure Certificate;

    b. Defendant shall, for a period of three years beginning on the date that this Consent Decree is entered by the Court, forward copies to Plaintiff of all written or electronic communications between Defendant and the Washington Department of Ecology concerning stormwater management, stormwater discharges, and stormwater permitting relating to Defendant's facility. These copies shall be forwarded to Plaintiff on a quarterly basis.

CONSENT DECREE - 3
No. C07-0380RSL

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

8. Not later than thirty days after the date of entry of this Decree, Defendant shall make a payment in the amount of $10,000 (TEN THOUSAND DOLLARS) to the King County Department of Natural Resources and Parks project that is described in **Attachment A** to this Decree. Such payment shall be made by check payable to King County Finance and shall bear the notation of "Waste Action Project v. Sara Lee Fresh, Inc", and shall be mailed to King County Water and Land Resources Division, 201 S. Jackson Street, Suite 600, Seattle, WA 98104, Attn: Mark Isaacson, with a copy mailed simultaneously to Plaintiff.

9. Not later than thirty days after the entry of this Decree, Defendant shall make a payment in the amount of $5,000 (FIVE THOUSAND DOLLARS) to the Veteran's Conservation Corps Green River Basin Water Quality Monitoring project that is described in **Attachment B** to this decree. Such payment shall be made by check payable to the Washington Department of Veteran Affairs and shall bear the notation of "Waste Action Project v. Sara Lee Fresh, Inc.", and shall be mailed to State of Washington Department of Veterans Affairs, P.O. Box 41155, Olympia, WA 98504-1155, Attn: Mark Fischer, with a copy mailed simultaneously to Plaintiff.

10. Within 30 days of the entry of this Consent Decree, Defendant shall pay Plaintiff's reasonable attorney and expert fees and costs in the amount of $15, 935.79 (FIFTEEN THOUSAND, NINE HUNDRED AND THIRTY-FIVE DOLLARS AND SEVENTY-NINE CENTS) by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, attn: Richard A. Smith, in full and complete satisfaction of any claims Plaintiff may have under the Clean Water Act for fees and costs.

11. The Court shall retain jurisdiction over this matter and allow this case to be reopened without filing fee for the purpose of enabling the parties to apply to the Court for any

CONSENT DECREE - 4
No. C07-0380RSL

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

further order that may be necessary to construe, carry out, enforce compliance and/or resolve any dispute regarding the terms or conditions of this Consent Decree until termination of the Consent Decree per paragraph 13. In the event of a dispute regarding implementation of, or compliance with, this Consent Decree, the parties shall first attempt to informally resolve the dispute through meetings between the parties by serving written notice of request for resolution to the parties and their counsel of record. If no resolution is reached within thirty (30) days from the date that the notice of dispute is served, the parties may resolve the dispute by filing motions with the court.

12. The parties recognize that no consent judgment can be entered in a Clean Water Act suit in which the United States is not a party prior to 45 days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. EPA pursuant to 33 U.S.C. § 1365(c)(3). Therefore, upon the signing of this Consent Decree by the parties, Plaintiff shall serve copies of it upon the Administration of the U.S. EPA and the Attorney General.

13. This Consent Decree shall take effect on the date it is entered by the Court. This Consent Decree shall terminate three (3) years and sixty (60) days following its effective date.

14. This Consent Decree may be modified only upon the written consent of the parties and the approval of the Court.

15. If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree and the settlement embodied herein shall be voidable at the sole discretion of either party. The parties agree to continue negotiations in good faith in an attempt to cure any objection raised by the Court to entry of this Consent Decree.

16. Notifications or copies required by this Consent Decree to be made to Plaintiff shall be mailed to Greg Wingard, Waste Action Project, P.O. Box 4832, Seattle, Washington,

CONSENT DECREE - 5
No. C07-0380RSL

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

98194-0832. Notifications required by this Decree to be made to Defendant shall be mailed to Sara Lee Fresh, 20230 70th Avenue South, Kent, Washington, 98032.

Dated and entered this 22nd day of July, 2008

*[signature]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

**WASTE ACTION PROJECT**

Signature: *[signature: Greg Wingard]*

Title: Executive Director

Dated: May 7, 2008

**SARA LEE FRESH, INC.**

Signature: *[signature]*

Title: V.P. MFG. - West Region

Dated: May 1, 2008

CONSENT DECREE - 6
No. C07-0380RSL

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883